4

(No. 6981—Claimant )

KANKAKEE INDUSTRIAL SUPPLY COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH,
Respondent.

*Opinion filed July 9, 1973.*

KANKAKEE INDUSTRIAL SUPPLY COMPANY, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7018—Claimant )

SHELCO CONSTRUCTION, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed July 9, 1973.*

SHELCO CONSTRUCTION, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.